Howe & Associates
4385 Kimball Bridge Rd
Suite 100
Alpharetta GA 30022

**USPS CERTIFIED MAIL**

9214 8901 9403 8300 0063 5636 26

DEPARTMENT OF VETERANS AFFAIRS
TORTS LAW GROUP
ONE VETERANS DRIVE, BUILDING 73
MINNEAPOLIS, MN 55417

Return Reference Number:RM-1753
Username: Josh Grace



Telephone (770) 529-4357  
Telefax (678) 505-8399

Georgia's Elite Injury Firm  
contact@howelawfirmpc.com

January 13, 2022

<u>**Via Certified Mail: 9214 8901 9403 8300 0063 5636 26**</u>
Department of Veterans Affairs
Torts Law Group
One Veterans Drive, Building 73
Minneapolis, MN 55417

                          RE:  Barbara Chesnut  
                          Vs:  Maria Mustacchio  
                          STATE COURT OF MUSCOGEE COUNTY  
                          CIVIL ACTION NO:   SC2022CV000034  
                          OUR FILE NO.: RM-1753

Dear Sir/Madam:

      Enclosed is a copy of the Complaint which has been filed with the Superior Court of Cook County. This Complaint has been sent to you pursuant to the provisions of O.C.G.A. § 40-9-103 within ten (10) days of the filing of the same. Please feel free to contact me with any questions or concerns.

                                        Sincerely,  
                                        HOWE & ASSOCIATES, P.C.

                                        Richard M. Howe, Esq.

RMH/jsg  
Enclosures

**Mailing Address:**  
**4385 Kimball Bridge Road, Suite 100**  
**Alpharetta, GA 30022**

⚡ EFILED IN OFFICE
CLERK OF STATE COURT
MUSCOGEE COUNTY, GEORGIA
**SC2022CV000034**

JAN 12, 2022 10:07 AM

Danielle F. Forté, Clerk
Muscogee County, Georgia

## IN THE STATE COURT OF MUSCOGEE COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **BARBARA CHESNUT**<br>*Plaintiff*<br><br>vs.<br><br>**MARIA MUSTACCHIO**<br>*Defendant* | **CIVIL ACTION FILE NO.**<br><br>**JURY TRIAL DEMANDED** |

### COMPLAINT

COMES NOW Barbara Chesnut, ("Plaintiff") and files her Complaint against Maria Mustacchio ("Defendant"), and shows this Honorable Court the following:

### JURISDICTION & VENUE

1.

Defendant Maria Mustacchio resides at 2329 Camille Drive, Columbus, Muscogee County, Georgia 31906 and may be served with a copy of the Summons and Complaint at this address. Defendant is subject to the jurisdiction of this Court.

2.

Jurisdiction and venue are proper in this Court.

### BACKGROUND & FACTS

3.

On or about January 20, 2020, Plaintiff was operating a 2011 Chevrolet Equinox, traveling on Airport Thruway at or near its intersection with Interstate 185 Southbound ramp in Columbus, Muscogee County, Georgia.

4.

At that same approximate time, Defendant was operating a 2016 Ford F550 Super Duty, also traveling on Airport Thruway at or near its intersection with Interstate 185 Southbound ramp in Columbus, Muscogee County, Georgia.

5.

As the vehicles were so situated, Defendant, suddenly and without warning, failed to yield while turning left and collided with Plaintiff's vehicle.

6.

As a result of the collision, Plaintiff suffered multiple serious injuries.

## COUNT I
## NEGLIGENCE

7.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 6 above as if fully restated.

8.

Defendant negligently operated a motor vehicle thereby causing the subject accident.

9.

As a sole and proximate result of Defendant's negligence, Plaintiff was injured, incurred medical expenses, has lost income, has suffered property damage, and has resulting pain and suffering.

10.

The sole and proximate results of Defendant's negligence are continuing in nature and recovery is sought for same.

WHEREFORE, Plaintiff prays that she has a trial on all issues and judgment against Defendant as follows:

(a) That Summons and process issue according to law;

(b) Special, General, and Consequential damages;

(c) That Plaintiffs recover such other and further relief as is just and proper;

(d) For all costs to be assessed against the Defendant; and

(e) For such other and further relief as this Honorable Court deems just and appropriate under the circumstances.

Respectfully submitted,

*/s/ Richard M. Howe*
RICHARD M. HOWE
Attorney for Plaintiff
Georgia Bar #371805

HOWE & ASSOCIATES, P.C.
4385 Kimball Bridge Rd. Ste 100
Alpharetta, GA 30022
(P) 770-529-4357
(F) 678-505-8399
rhowe@howelawfirmpc.com
litigationteam@howelawfirmpc.com
Our File No. RM-1753

**USPS CERTIFIED MAIL**



9214 8901 9403 8300 0063 5636 26

DEPARTMENT OF VETERANS AFFAIRS
TORTS LAW GROUP
ONE VETERANS DRIVE, BUILDING 73
MINNEAPOLIS, MN 55417

received 1/24/22
OGC JW

FIRST-CLASS MAIL
Hasler
01/13/2022
US POSTAGE $000.53
ZIP 30022
011E11682174

H&A
ESTABLISHED 1985
HOWE & ASSOCIATES
TRIAL ATTORNEYS AND COUNSELORS AT LAW
4385 KIMBALL BRIDGE RD.
SUITE 100
ALPHARETTA, GA 30022