IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| BARBARA CHESNUT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MARIA MUSTACCHIO,<br><br>　　　　Defendant. | Case No. 4:22-CV-41 |

## NOTICE OF SUBSTITUTION OF PARTY DEFENDANT

Please take notice that, pursuant to the provisions of the Federal Employees Liability Reform and Tort Compensation Act of 1988 (codified at 28 U.S.C. § 2679 and commonly known as the Westfall Act), the United States is hereby substituted for Defendant Maria Mustacchio with respect to the claims raised against her in Plaintiff's complaint.

Plaintiff has filed an action against Defendant Maria Mustacchio, an employee of the Department of Veterans Affairs, a federal agency, contending that she is responsible for damages sustained in a motor vehicle accident.  Under 28 U.S.C. § 2679, no action may be brought against a federal employee for negligence; rather, the remedy is exclusively against the United States.  The law further provides that:

> Upon certification by the Attorney General that the defendant employee was acting within the scope of his office or employment at the time of the incident out of which the claim arose … [s]uch action or proceeding shall be deemed to be an action or proceeding brought against the United States … and the United States shall be substituted as the party defendant.

28 U.S.C. § 2679(d)(2).

The Attorney General has delegated certification authority to the United States Attorneys. *See* 28 C.F.R. §§ 15.3, 15.4.  In this action, the United States Attorney for the Middle District of

Georgia has certified that Defendant Maria Mustacchio was acting within the scope of her employment at the time of the conduct alleged.  *See* Certification of Scope of Employment, filed contemporaneously herewith.  Based on this Certification, the United States has, by operation of law, been substituted as Defendant with respect to all claims under the Federal Tort Claims Act against Defendant Maria Mustacchio in the instant action.

   This 18th day of February, 2022.

                              PETER D. LEARY
                              UNITED STATES ATTORNEY


                     BY:   */s/ Kevin D. Abernethy*
                           Kevin D. Abernethy
                           Assistant United States Attorney
                           Georgia Bar No. 142310
                           UNITED STATES ATTORNEY'S OFFICE
                           P.O. Box 1702
                           Macon, GA 31202-1702
                           Telephone (478) 621-2690 (Abernethy)
                           Kevin.Abernethy@usdoj.gov

## **CERTIFICATE OF SERVICE**

I, Kevin Abernethy, Assistant United States Attorney, hereby certify that on the 18th day of February, 2022, I electronically filed the foregoing Notice of Substitution of Party Defendant with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: N/A

I also certify that I have mailed by the United States Postal Service the documents and a copy of the Notice of Electronic Filing to the following non-CM/ECF participants:

Richard M. Howe
Howe & Associates, P.C.
4385 Kimball Bridge Road Suite 100
Alpharetta, GA 30022
Attorney for Plaintiff

This 18th day of February, 2022.

/s/ Kevin D. Abernethy
Kevin D. Abernethy
Assistant United States Attorney