IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| BARBARA CHESNUT,<br><br>      Plaintiff,<br><br>vs.<br><br>MARIA MUSTACCHIO,<br><br>      Defendant. | Case No. 4:22-CV-41 |

## CERTIFICATION OF SCOPE OF EMPLOYMENT

Pursuant to the provisions of 28 U.S.C. § 2679, and by virtue of the authority vested in me as United States Attorney by the Attorney General of the United States under 28 C.F.R. §§ 15.3 and 15.4, I hereby certify that I have reviewed the complaint in this action. I have also reviewed additional information in connection with this matter by counsel for the United States Department of Veterans Affairs. On the basis of the information now available with respect to any incident referred to in the complaint, I find that Defendant Maria Mustacchio was acting within the scope of her office and employment with the United States at the time of any actions out of which any claims being asserted in this action arose.

                                                            *s/Peter D. Leary*
                                                            Peter D. Leary
                                                            UNITED STATES ATTORNEY

Post Office Box 1702
Macon, Georgia 31202-1702
Telephone: (478) 752-3511