IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| BARBARA CHESNUT,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 4:22-CV-41 |

MOTION TO DISMISS DEFENDANT UNITED STATES OF AMERICA

COMES NOW, Defendant United States of America, by and through the United States Attorney for the Middle District of Georgia, and moves the court to dismiss the action against it pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction. Specifically, Plaintiff has not complied with the requirements of the Federal Tort Claims Act that she exhaust administrative remedies as a prerequisite to bringing suit against the United States. *Turner ex rel. Turner v. United States*, 514 F.3d 1194, 1200 (11th Cir. 2008).

In support of this motion, Defendant, United States of America submits the attached memorandum of law.

This 18th day of February, 2022.

                                                          PETER D. LEARY
                                                          UNITED STATES ATTORNEY

                      By:    */s/ Kevin D. Abernethy*
                                Kevin D. Abernethy
                                Assistant United States Attorney
                                Georgia Bar No. 142310
                                UNITED STATES ATTORNEY'S OFFICE
                                P.O. Box 1702
                                Macon, GA 31202-1702
                                Telephone (478) 621-2690 (Abernethy)
                                Kevin.Abernethy@usdoj.gov

## CERTIFICATE OF SERVICE

I, Kevin Abernethy, Assistant United States Attorney, hereby certify that on the 18th day of February, 2022, I electronically filed the foregoing Motion to Dismiss Defendant United States of America and Brief in Support with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: N/A

I also certify that I have mailed by the United States Postal Service the documents and a copy of the Notice of Electronic Filing to the following non-CM/ECF participants:

Richard M. Howe
Howe & Associates, P.C.
4385 Kimball Bridge Road Suite 100
Alpharetta, GA 30022
Attorney for Plaintiff

This 18th day of February, 2022.

                                                PETER D. LEARY
                                                UNITED STATES ATTORNEY

By:    */s/ Kevin D. Abernethy*
          Kevin D. Abernethy
          Assistant United States Attorney
          Georgia Bar No. 142310
          UNITED STATES ATTORNEY'S OFFICE
          P.O. Box 1702
          Macon, GA 31202-1702
          Telephone (478) 621-2690 (Abernethy)
          Kevin.Abernethy@usdoj.gov