**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA, COLUMBUS DIVISION**

| | |
|---|---|
| **BARBARA CHESNUT,** | * |
| | * |
| Plaintiffs, | * |
| | *    **CIVIL ACTION FILE** |
| v. | *    **NO. 4:22-CV-41** |
| | * |
| **MARIA MUSTACCHIO,** | * |
| | * |
| Defendant. | * |

**ANSWER AND DEFENSES OF STATE FARM**
**MUTUAL AUTOMOBILE INSURANCE COMPANY**

COMES NOW, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (hereinafter "State Farm"), and hereby files this its response to Plaintiff's Complaint identified above on its own behalf, reserving until a later date the decision as to whether or not to defend this action in its own name or in the name of the named Defendant as allowed by the UM statutes of this State, further showing this Honorable Court more fully as follows:

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff's Complaint fails to state a claim upon which relief can be granted pursuant to the Uninsured Motorist Statutes of the State of Georgia and, therefore, State Farm moves to dismiss Plaintiff's Complaint as to State Farm.

**SECOND AFFIRMATIVE DEFENSE**

There is or may be sufficient liability insurance to preclude the application of any uninsured/underinsured motorist coverage afforded the Plaintiff by State Farm, and until such time as it is documented that there is insufficient liability coverage to warrant the application of said uninsured/underinsured motorist coverage, no relief should be afforded as to State Farm.

### THIRD AFFIRMATIVE DEFENSE

State Farm has been served in this action based upon allegations that the Defendant is either an uninsured or underinsured motorist as defined by the uninsured / underinsured motorist laws of this state. In this connection, State Farm is without sufficient knowledge or information to form an opinion, at this time, as to the truth of those allegations and therefore can neither admit nor deny that the Defendant is in fact an uninsured or underinsured motorist as defined by the uninsured / underinsured motorist laws of this state. Furthermore, at this time, State Farm does not admit, and reserves the right to challenge, the applicability of any of its coverage, and does not waive any of its rights to contest coverage, liability, and damages in this matter. Furthermore, State Farm demands strict adherence to the provisions of its insurance policy as a condition precedent to any potential UM coverage afforded to the Plaintiff.

### FOURTH AFFIRMATIVE DEFENSE

State Farm raises all affirmative defenses contained in O.C.G.A. § 9-11-8(c) and O.C.G.A. § 9-11-12(b), and does not waive any such affirmative defenses.

### FIFTH AFFIRMATIVE DEFENSE

State Farm hereby raises the defense of Plaintiff's failure to plead her special damages with the level of specificity required by O.C.G.A. § 9-11-9 and, therefore, any claim for special damages should be stricken.

### SIXTH AFFIRMATIVE DEFENSE

State Farm hereby reasserts and casts as its own, any and all affirmative defenses asserted by the named Defendant.

### SEVENTH AFFIRMATIVE DEFENSE

In responding to the specifically numbered allegations of the Plaintiff's Complaint, State Farm responds as follows:

**JURISDICTION & VENUE**

1.

State Farm lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph Number 1 of the Plaintiff's Complaint and, therefore, the same must stand as denied.

2.

State Farm lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph Number 2 of the Plaintiff's Complaint and, therefore, the same must stand as denied.

**BACKGROUND AND FACTS**

3.

State Farm lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph Number 3 of the Plaintiff's Complaint and, therefore, the same must stand as denied.

4.

State Farm lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph Number 4 of the Plaintiff's Complaint and, therefore, the same must stand as denied.

5.

State Farm lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph Number 5 of the Plaintiff's Complaint and, therefore, the same must stand as denied.

6.

State Farm lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph Number 6 of the Plaintiff's Complaint and, therefore, the same must stand as denied.

## **COUNT I**

## **NEGLIGENCE**

7.

Inasmuch as Paragraph Number 7 of the Plaintiff's Complaint requires a response from State Farm, the same is hereby denied.

8.

State Farm lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph Number 8 of the Plaintiff's Complaint and, therefore, the same must stand as denied.

9.

State Farm lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph Number 9 of the Plaintiff's Complaint and, therefore, the same must stand as denied.

10.

State Farm lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph Number 10 of the Plaintiff's Complaint and, therefore, the same must stand as denied.

State Farm hereby denies Plaintiff's prayer for relief / ad damnum clause in its entirety.

WHEREFORE, State Farm having duly responded to the Plaintiff's Complaint hereby prays to be dismissed or, in the alternative, prays for a trial by jury and for such other affirmative relief as this Court may deem just and appropriate.

This the 3rd day of March, 2022.

**HALL BOOTH SMITH, P.C.**

*/s/ Mark D. Maholick*
MARK D. MAHOLICK
Georgia Bar Number 591633
mmaholick@hallboothsmith.com
*Attorneys for State Farm*

1301 1st Avenue, Suite 100
P.O. Box 2707
Columbus, GA  31902
P: 706-494-3818
F: 706-494-3828

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA, COLUMBUS DIVISION

| | |
|---|---|
| **BARBARA CHESNUT,** | * |
| | * |
| Plaintiffs, | * |
| | *   **CIVIL ACTION FILE** |
| v. | *   **NO. 4:22-CV-41** |
| | * |
| **MARIA MUSTACCHIO,** | * |
| | * |
| Defendant. | * |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the above and foregoing **ANSWER AND DEFENSES OF STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** upon all counsel listed below by depositing a true copy of same in the United States Mail, in a properly addressed envelope with adequate postage thereon and/or by electronic service.

Richard M. Howe, Esq.
Howe & Associates, P.C.
4385 Kimball Bridge Road, Suite 100
Alpharetta, GA 30022
rhowe@howelawfirm.com
litigationteam@howelawfirm.com

Kevin D. Abernethy, Esq.
United States Attorney's Office
P.O. Box 1702
Macon, GA 31202
Kevin.abernethy@usdoj.gov

This the 3rd day of March, 2022.

**HALL BOOTH SMITH, P.C.**

*/s/ Mark D. Maholick*
MARK D. MAHOLICK
Georgia Bar Number 591633
mmaholick@hallboothsmith.com
*Attorneys for State Farm*

1301 1st Avenue, Suite 100
P.O. Box 2707
Columbus, GA 31902
P: 706-494-3818
F: 706-494-3828