```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE MIDDLE DISTRICT OF GEORGIA
                        COLUMBUS DIVISION
```

| | |
|---|---|
| BARBARA CHESNUT, | * |
|     Plaintiff, | * |
| vs. | *     CASE NO. 4:22-CV-41 (CDL) |
| UNITED STATES OF AMERICA, | * |
|     Defendant. | * |

O R D E R

Barbara Chesnut filed this action against Maria Mustacchio, an employee of the Department of Veterans Affairs. The United States certified that Mustacchio was acting within the scope of her employment at the time of the wreck giving rise to this action and filed a notice of substitution under 28 U.S.C. § 2679(d). Notice of Substitution, ECF No. 2. The Government moved to dismiss Chesnut's action for lack of subject matter jurisdiction because she filed her complaint prematurely. The motion (ECF No. 3) is granted.

This action is deemed to be against the United States pursuant to the Federal Tort Claims Act, which provides limited exceptions to sovereign immunity for certain tort claims. Under the Act, a claimant may not initiate an action against the United States unless she has exhausted administrative remedies by filing an administrative claim with the appropriate agency.

28 U.S.C. § 2675(a). "Before instituting a federal suit, the claimant must wait either until the administrative agency finally denies the claim or until at least six months have passed after the claim was filed." *Turner ex rel. Turner v. United States*, 514 F.3d 1194, 1200 (11th Cir. 2008). The Federal Tort Claims Act "bars claimants from bringing suit in federal court until they have exhausted their administrative remedies," so a "district court lacks subject matter jurisdiction over prematurely filed suits." *Id.* (quoting *McNeil v. United States*, 508 U.S. 106, 113 (1993)).

Chesnut filed this action on January 12, 2022, less than six months after she filed her administrative claim on November 1, 2021. Therefore, Chesnut's complaint was premature, and this Court lacks subject matter jurisdiction over her claims. The Court therefore dismisses this action for lack of subject matter jurisdiction.

IT IS SO ORDERED, this 8th day of April, 2022.

                                        s/Clay D. Land
                                        CLAY D. LAND
                                        U.S. DISTRICT COURT JUDGE
                                        MIDDLE DISTRICT OF GEORGIA